Nathan Walker (SBN 206128)
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
nwalker@nortonlaw.com

Attorneys for Defendants
COINBASE GLOBAL, INC.
and COINBASE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual,<br><br>        Plaintiff,<br>   v.<br><br>COINBASE GLOBAL, INC., and COINBASE, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 21-cv-9733-JFW (Ex)<br><br>**DECLARATION OF NATHAN WALKER IN SUPPORT OF DEFENDANTS COINBASE GLOBAL, INC., AND COINBASE, INC.'S (PROPOSED) *EX PARTE* MOTION FOR EXTENSION OF TIME AND FOR STAGGERED BRIEFING**<br><br>**Judge John F. Walter**<br>Courtroom: 7A |

DECLARATION OF N. WALKER
21-cv-9733-JFW (Ex)

THE NORTON LAW FIRM PC
299 Third Street,
Suite 200 Oakland
California, 94607

I, Nathan Walker, declare:

1.  I am an attorney admitted to practice in California and before this Court. I am a partner at The Norton Law Firm PC, counsel of record for Defendants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Coinbase"), in the above-captioned case. I make this Declaration in support of Coinbase's *Ex Parte* Application to Consider Defendants' (Proposed) *Ex Parte* Motion for Extension of Time and For Staggered Briefing.

2.  To adhere to Local Rule 7-19.1, I attempted to reach Plaintiff Jose Flores – who is proceeding *pro se* – via telephone (by calling the number he has provided in his filings in this case, (818) 445-1769) on January 6, 2022. Mr. Flores did not answer my call, so I left a message requesting that he call me by 12:00 PM PST on Friday, January 7 to discuss Coinbase's proposed motion for an extension of time and application for *ex parte* treatment of that motion. In addition, on that same day, I sent Mr. Flores an email (at the email address he has included in filings in this case, info@globaleasytrade.com) at or about 5:20 PM PST that describes Coinbase's proposed motion for extension of time and application for *ex parte* treatment of that motion, advising Mr. Flores that Coinbase planned to file its proposed motion and application on Friday, January 7. In my email, I requested that Mr. Flores respond to let me know his position on Coinbase's proposed motion and application by 12:00 PM PST on Friday, January 7. Mr. Flores responded by email, attaching a letter at 7:06 AM PST on Friday, January 7. Attached as **Exhibit A** is a true and correct copy of that letter.

3.  Coinbase has also made other attempts to communicate with Mr. Flores. On December 31, 2021, my colleague Matthew Ohlheiser sent Mr. Flores an email attaching a letter from me that (a) states that Mr. Flores had agreed, under the terms of Coinbase's User Agreement, to resolve any dispute arising out of the User Agreement through binding arbitration or in small claims court; (b) requested that Mr. Flores voluntarily dismiss his federal lawsuit without prejudice; and (c) stating that, if he

DECLARATION OF N. WALKER
21-CV-9733-JFW (Ex)

1

declined to do so, Coinbase would "file a motion to dismiss or, in the alternative, to compel arbitration, in which Coinbase will ask the Court to enforce Coinbase's User Agreement with you and dismiss your case or send your case to arbitration." Attached as **Exhibit B** is a true and correct copy of that letter.

4.  Mr. Flores responded the same day by email and stated that he would not dismiss the action. He did not respond to any other issues raised in the letter. *See* **Exhibit B.**

5.  On January 1, 2022, my colleague Matthew Ohlheiser sent an email to Mr. Flores (copying me), stating again that Coinbase intended to file a motion to compel arbitration in response to the Complaint, and requesting that Mr. Flores agree to extend the time for Coinbase to respond to the Complaint to February 11, 2022. Counsel requested that Mr. Flores respond by 5:00 PM Pacific on Wednesday, January 5, 2022. On information and belief, Mr. Flores did not respond.

6.  On Monday, January 3, 2022, my colleague Matthew Ohlheiser sent an email to Mr. Flores (copying me), stating that the court's Local Rules require that, at least seven days prior to filing a motion, the parties meet and confer to determine whether the issues raised by the motion can be resolved without filing. Counsel attached a copy of the Local Rules to that email. The email stated that Coinbase intended to file a motion to compel arbitration, or, alternatively, a motion to dismiss, and that those motions must be discussed by the parties by January 6, 2022. Counsel offered Mr. Flores a variety of time periods during which we could meet and confer and requested Mr. Flores's response by 5:00 PM Pacific on Wednesday, January 5, 2022. On information and belief, Mr. Flores did not respond.

THE NORTON
LAW FIRM PC
299 Third Street,
Suite 200 Oakland
California, 94607

DECLARATION OF N. WALKER
21-cv-9733-JFW (Ex)

2

1  Dated: January 7, 2022                    THE NORTON LAW FIRM PC

                                             By: */s/ Nathan Walker*
                                                 Nathan Walker
                                                 Attorneys for Defendants
                                                 COINBASE GLOBAL, INC. and
                                                 COINBASE, INC.