# EXHIBIT A

## Meet and Confer letter 01:

JOSE FLORES
12814 Victory Blvd, Suite 378
North Hollywood, California 91606
info@globaleasytrade.com
(818)445-1769
Plaintiff and Cross-defendant in Pro Per

---

Case No: CV 21-9733 JFW (E)

Case Name: Flores vs. Coinbase Inc. et al

Date: 1/7/2022

Dear Mr. Nate Walker,  I'm in received of your email dated 1/6/2022 this is the first proper  meet and confer letter from you because the previous letters from a Non-attorney (Matt Ohlheiser) were ignored by me because again they were improper and in violation to the California State Bar, Rules of professional conduct and could be subject to disciplinary action against who ever permitted or allow it to occur.

Mr. Walker your client CoinBase, Inc and CoinBase Global, Inc. were properly served with the summons and complaint on 12/23/2021 it had ample time to respond pursuant to court rules.

CoinBase, Inc. made my life miserable and harmed me, I'm not going to made things easy for them.

I will caution you before even filing any type of respond on behalf of your client that CoinBase, Inc. and CoinBase Global, Inc are not properly licensed to conduct business in California, both corporations being Delaware registered are not in good standing there, (I don't suppose I should tell you what are the consequences of representing an entity that is not properly licensed to conduct business).


Jose Flores Plaintiff in pro se