# EXHIBIT B



Nathan Walker
nwalker@nortonlaw.com
510-956-2001

December 31, 2021

**VIA E-MAIL AND U.S. MAIL**

Jose Flores
12814 Victory Blvd, Suite 378
North Hollywood, CA 91606
info@globaleasytrade.com

  Re: *Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc*., Case No. 2:21-cv-09733-JFW-Ex

Dear Mr. Flores:

  Our law firm represents Coinbase Global, Inc. and Coinbase, Inc. (together, "Coinbase") in connection with the complaint you filed against Coinbase in the U.S. District Court for the Central District of California on December 16, 2021 captioned *Flores v. Coinbase, Inc., et al.*, No. 2:21-cv-09733-JFW-Ex.  It is our understanding that you are not represented by counsel.  If you are represented by counsel, please provide us your attorney's contact information and forward this letter to that attorney.

1.  *Under the Coinbase User Agreement, You Agreed to Resolve Disputes with Coinbase Through a Formal Complaint Process Followed By Litigation in Small Claims Court or Arbitration.*

  When you created your Coinbase account, you accepted Coinbase's User Agreement, a copy of which is attached to this letter.  You agreed that if you had a dispute with Coinbase, you would follow this process:

- First, you would contact the Coinbase support team to attempt to amicably resolve the dispute.  *See* User Agreement Section 8.2.

- Second, if the Coinbase support team could not resolve the issue, you would submit to Coinbase a Formal Complaint using the complaint form available at: https://help.coinbase.com/en/coinbase/other-topics/other/how-to-send-a-complaint.  *See* User Agreement Section 8.2.

- Third, if we could not resolve your complaint via the Formal Complaint Process, you agreed that "any dispute arising out of or relating to [the User Agreement] or the Coinbase Services, … shall be resolved through binding arbitration …" before the American Arbitration Association ("AAA") pursuant to the AAA's consumer-

299 Third Street, Suite 200, Oakland, California 94607

Jose Flores
December 31, 2021
Page 2

      arbitration rules or in small claims court.  *See* User Agreement Section 8.2, 8.3; *see also* AAA Consumer Arbitration Rules, available at: https://www.adr.org/sites/default/files/Consumer%20Rules.pdf.

2. *You Must Dismiss Your Court Lawsuit and Proceed in Small Claims Court or Arbitration.*

    You agreed that if you had a dispute with Coinbase, like the one you raised in your federal court complaint, you would follow the dispute resolution procedures described above. Under these procedures, you agreed not to file a lawsuit against Coinbase in federal court – instead, you agreed that after exhausting the support and Formal Complaint Process, you would file a legal action in either small claims court or AAA arbitration.  You breached your agreement with Coinbase by filing your lawsuit in federal court.

    Coinbase requests that you dismiss your federal court lawsuit (by filing a notice of dismissal of claims, without prejudice), and submit a Formal Complaint to Coinbase as you agreed to in the User Agreement.  Instructions for filing a Formal Complaint with Coinbase are available at this link: https://help.coinbase.com/en/coinbase/other-topics/other/how-to-send-a-complaint.

    If you do not voluntarily dismiss your federal court lawsuit, Coinbase will file a motion to dismiss or, in the alternative, to compel arbitration, in which Coinbase will ask the Court to enforce Coinbase's User Agreement with you and dismiss your case or send your case to arbitration.  Please keep in mind that you previously agreed that "the prevailing party in any action or proceeding to enforce this Agreement, … shall be entitled to costs and attorneys' fees." *See* User Agreement Section 8.3.  This means that if the Court grants Coinbase's motion to dismiss or motion to compel arbitration, which we anticipate it would, Coinbase could seek from you its attorneys' fees and costs for preparing and filing its motion to compel.

    **Please let me know by 5:00 pm Pacific on Thursday, January 6 whether you will agree to dismiss your lawsuit and arbitrate your claims in compliance with the User Agreement.**  If you wish to discuss, please feel free to reach out to me or to my associate, Matt Ohlheiser, at (510) 906-0580 or mohlheiser@nortonlaw.com.

3. *If You Do Not Agree to Dismiss Your Court Lawsuit, Coinbase Asks That You Agree to Extend the Time for Coinbase to Respond to the Complaint.*

    Coinbase's deadline to respond to your federal court complaint is currently January 13. If you dismiss your lawsuit, then there will be no need for Coinbase to file any motions.

    If you do not agree to dismiss your lawsuit, Coinbase asks that you agree to extend Coinbase's deadline to respond to your complaint until February 11; please let me know whether you agree.  If you agree to this extension, we will draft for your review the document that will

Jose Flores
December 31, 2021
Page 3

notify the court about the changed deadline.  If you do not agree to this extension, we will ask the Court to extend Coinbase's time to respond.

                        Very truly yours,

                        Nathan Walker
                        THE NORTON LAW FIRM PC