JOSE FLORES
12814 Victory Blvd., # 378
North Hollywood, CA 91606
(818) 445 1769
info@globaleasytrade.com

Plaintiff in Pro Per

FILED
2022 JAN 10 AM 11: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual<br><br>Plaintiff<br><br>Vs.<br><br>COINBASE GLOBAL, INC.,<br>COINBASE, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:21-cv-09733-JFW-Ex<br>District Judge John F. Walter<br><br>**PLAINTIFFS' DECLARATION IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME AND FOR STAGGERED BRIEFING.**<br><br>Judge John F. Walter<br>Courtroom: 7A |

I, JOSE FLORES declare, and state as follows:

1. I'm the Plaintiff in pro per in this action hereby (Flores or Plaintiff).

2. I have personal knowledge of the facts set forth herein including all the statements made in my OPPOSITION TO DEFENDANTS' EXPARTE

1

MOTION FOR EXTENSION OF TIME AND FOR STAGGERED BRIEFING.

and if called upon to testify, I could and would competently testify thereto.

3.     Plaintiff filed his complaint against defendants on 12/16/2021, defendants were properly served on 12/23/2021 their answer to the complaint was due on 1/13/2022 defendants had plenty time to respond to the complaint if they really wanted to do so.

4.     On 12/31/2021 Flores received an email from a (non-attorney) person named Matt Ohlheiser, Coinbase Letter, Exhibit A, *Id.* ¶ 1. he demanded Flores to dismiss the complaint, Flores responded that he will not. Flores' Letter, Exhibit B. *Id.* ¶ 2

5.     On 1/1/2022 Flores received a second email from Matt Ohlheiser which he ignored because Mr. Ohlheiser is not an attorney and he could potentially be in violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5. Coinbase Letter, Exhibit C, *Id.* ¶ 3.

6.     On 1/3/2022 Flores received a third email from Mr. Matt Ohlheiser Flores also ignored his email for the same reasons stated above, Coinbase Letter, Exhibit D, *Id.* ¶ 4.

7.     It was only on 1/6/2022 that counsel Nathan Walker emailed Flores, stating that Flores have not respond to the previous letters from his college Matt

PLAINTIFFS' DECLARATION IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' EXPARTE MOTION

Ohlheiser, that means counsel Walker directed his non-attorney Matt Ohlheiser to contact Flores and to make negotiations and demands without being an attorney, this act is in violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5, Coinbase Letter, Exhibit E, *Id.* ¶ 5

8. Flores did not receive a phone call from counsel Walker as he stated in his motion and declaration, that is just false.

9. Defendants are in violation of Federal Rules of Civil Procedure, specifically **Local Rule 7-3 Conference of Counsel Prior to Filing of Motions.** Defendants' counsel acted in bad faith and in violation to California State Bar rules of professional conduct by directing his staff to contact Flores and to coerce him to agree to dismiss the complaint, counsel Walker did not try to meet and confer pursuant to L.R. 7-3 in fact counsel Walker attend to coerce Flores to agree to dismiss his action.

10. Defendants' counsel also stated in his email dated 1/6/2022 that he will file a motion to compel arbitration, he stated that in the user's agreement Flores agreed to arbitration. The "user agreement" is defective and unenforceable.

11. Defendants failed to "meet and confer" in good faith pursuant to L.R. 7-3 by conducting in person or by video call a meet and confer to resolve the issues at least seven (7) days prior to the filing of a motion, even through this day, they had not comply with the local rule.

3

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

at Sherman Oaks, California.

Dated: January 8, 2022 Respectfully Submitted

By: __/s/   Jose Flores__

Jose Flores
Declarant

4

**PLAINTIFFS' DECLARATION IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' EXPARTE MOTION**