FILED

JOSE FLORES
12814 Victory Blvd., # 378
North Hollywood, CA 91606
(818) 445 1769
info@globaleasytrade.com

2022 JAN 10  AM 11: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE FLORES, an individual

Plaintiff

Vs.

COINBASE GLOBAL, INC.,

COINBASE, INC., and DOES 1 through

50, inclusive,

        Defendants.

Case Number: 2:21-cv-09733-JFW-Ex
District Judge John F. Walter

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME AND FOR STAGGERED BRIEFING.**

Judge John F. Walter
Courtroom: 7A

**TO THE HONORABLE COURT:**

      Plaintiff Flores is filing his papers of opposition to defendants Coinbase Inc.

and Coinbase Global, Inc. based upon the following grounds:

Plaintiff filed his complaint against defendants on 12/16/2021, defendants were

1

properly served on 12/23/2021 their answer to the complaint was due on 1/13/2022

defendants had plenty time to respond to the complaint if they really wanted to do

so.

On 12/31/2021 Flores received an email from a (non-attorney) person named

Matt Ohlheiser, Coinbase Letter, Exhibit A, *Id.* ¶ 1. he demanded Flores to dismiss

the complaint, Flores responded that he will not. Flores' Letter, Exhibit B. *Id.* ¶ 2

On 1/1/2022 Flores received a second email from Matt Ohlheiser which he

ignored because Mr. Ohlheiser is not an attorney and he could potentially be in

violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5.

Coinbase Letter, Exhibit C, *Id.* ¶ 3.

On 1/3/2022 Flores received a third email from Mr. Matt Ohlheiser Flores

also ignored his email for the same reasons stated above, Coinbase Letter, Exhibit

D, *Id.* ¶ 4.

It was only on 1/6/2022 that counsel Nathan Walker emailed Flores, stating

that Flores have not respond to the previous letters from his college Matt

Ohlheiser, that means counsel Walker directed his non-attorney Matt Ohlheiser to

contact Flores and to make negotiations and demands without being an attorney,

this act is in violation of California State Bar rules of professional conduct, Rule

5.3 and 5.5, Coinbase Letter, Exhibit E, *Id.* ¶ 5

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME
AND FOR STAGGERED BRIEFING.**

1    Flores did not receive a phone call from counsel Walker as he stated in his

2    motion and declaration, that is just false.

3    Defendants are in violation of Federal Rules of Civil Procedure, specifically

4

5    **Local Rule 7-3 Conference of Counsel Prior to Filing of Motions.** Defendants'

6    counsel acted in bad faith and in violation to California State Bar rules of

7    professional conduct by directing his staff to contact Flores and to coerce him to

8

9    agree to dismiss the complaint, counsel Walker did not try to meet and confer

10   pursuant to L.R. 7-3 in fact counsel Walker attend to coerce Flores to agree to

11   dismiss his action.

12   Defendants' counsel also stated in his email dated 1/6/2022 that he will file a

13

14   motion to compel arbitration, he stated that in the user's agreement Flores agreed

15   to arbitration. The "user's agreement" is defective and unenforceable.

16   Defendants failed to "meet and confer" in good faith pursuant to  L.R. 7-3 by

17

18   conducting in person or by video call a meet and confer to resolve the issues at

19   least seven (7) days prior to the filing of a motion, even through this day, they had

20   not comply with the local rule.

21   This court should not reward defendants by granting the requested exparte

22

23   motion for an extension, defendants and their counsel acted unprofessional and in

24   violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5

25   and L.R. 7-3, they waited until the 11.00 o'clock to act.

26

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME
AND FOR STAGGERED BRIEFING.**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    LOCAL RULE 7-19 CERTIFICATION

Defendants Coinbase Inc. and Coinbase Global, Inc. are represented by lead

Counsel Nathan Walker, THE NORTON LAW FIRM PC, 299 Third Street, Suite

200 Oakland, CA 94607 phone: (510) 906-4900 Email: nwalker@nortonlaw.com

The undersigned "Flores" certifies that he was contacted on 12/31/2021

Flores received an email from a (non-attorney) person named Matt Ohlheiser,

Coinbase Letter, Exhibit A, Id. ¶ 1. he demanded Flores to dismiss the complaint,

Flores responded that he will not. Flores' Letter, Exhibit B. Id. ¶ 2

On 1/1/2022 Flores received a second email from Matt Ohlheiser which he

ignored because Mr. Ohlheiser is not an attorney and he could potentially be in

violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5.

Coinbase Letter, Exhibit C, Id. ¶ 3.

On 1/3/2022 Flores received a third email from Mr. Matt Ohlheiser Flores

also ignored his email for the same reasons stated above, Coinbase Letter, Exhibit

D, Id. ¶ 4.

It was only on 1/6/2022 that counsel Nathan Walker emailed Flores, stating

that Flores have not respond to the previous letters from his college Matt

4

Ohlheiser, that means counsel Walker directed his non-attorney Matt Ohlheiser to contact Flores and to make negotiations and demands without being an attorney, this act is in violation of California State Bar rules of professional conduct, Rule 5.3 and 5.5, Coinbase Letter, Exhibit E, Id. ¶ 5

Flores did not receive a phone call from counsel Walker as he stated in his motion and declaration, that is just false.

Defendants are in violation of Federal Rules of Civil Procedure, specifically Local Rule 7-3 Conference of Counsel Prior to Filing of Motions. Defendants' counsel acted in bad faith and in violation to California State Bar rules of professional conduct by directing his staff to contact Flores and to coerce him to agree to dismiss the complaint, counsel Walker did not try to meet and confer pursuant to L.R. 7-3 in fact counsel Walker attend to coerce Flores to agree to dismiss his action.

## II.    BACKGROUND

Flores filed his Complaint on December 16, 2021, alleging common law claims, a claim under the Electronic Funds Transfer Act, 15 U.S.C. § 1693f (a-e), and violations of federal securities laws among other causes of action. *See generally* D.E. 1 (Complaint).

Defendants argue that under the user agreement Flores is required to any disputes arising out of the agreement to be resolved through arbitration or small

5

---

1   claims court, Flores contends that he never red and never agreed to the user

2   agreement in a meaningful way, the agreement is defective, invalid and

3   unenforceable.

4

5       Flores tried numerous times to resolve the issues with defendant's trough

6   their portal with no results, Defendants simply ignored Flores' messages, calls and

7   emails, in fact defendants' customer service is a joke, Defendants violate the user

8   agreement in several ways

9

## III.   ARGUMENT

10

11       Defendants are in violation of Federal Rules of Civil Procedure, specifically

12   Local Rule 7-3 Conference of Counsel Prior to Filing of Motions. Defendants'

13   counsel acted in bad faith and in violation to California State Bar rules of

14   professional conduct by directing his staff to contact Flores and to coerce him to

15   dismiss the complaint, counsel Walker did not try to meet and confer pursuant to

16   L.R. 7-3 in fact counsel Walker attend to coerce Flores to dismiss his action.

17       Defendants' counsel also stated in his email dated 1/6/2022 that he will file a

18   motion to compel arbitration, he stated that in the user's agreement Flores agreed

19   to arbitration. The "user's agreement" is defective and unenforceable.

20       Defendants failed to "meet and confer" in good faith pursuant to L.R. 7-3 by

21   conducting in person or by video call a meet and confer to resolve the issues at

22   least seven (7) days prior to the filing of a motion, even though this day, they had

23

24

25

26

6

---

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME
AND FOR STAGGERED BRIEFING.**

1   not comply with the local rule.

2   Defendants' counsel is a professional law firm with unlimited resources if

3   they wanted to timely respond to the complaint, they could do so by contacting

4   Flores on 12/25/2021 the fact they realized Plaintiff is a person in pro se ignorant

5   of the law and therefore subject to manipulation.

6   This court should not reward defendants by granting the requested exparte

7   motion for an extension, defendants and their counsel acted unprofessional and in

8   violation of <u>California State Bar rules of professional conduct, Rule 5.3 and 5.5</u>

9   and <u>L.R. 7-3</u>, they waited until the 11.00 o'clock to act.

## CONCLUSION

This Court should deny Defendants' motion for an extension of time and for

staggered briefing.

January 8, 2022

By: ___/s/___ Jose Flores

JOSE FLORES

Plaintiff in Pro Se

7

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE MOTION FOR EXTENSION OF TIME
AND FOR STAGGERED BRIEFING.**

1

## PROOF OF SERVICE BY MAIL

2

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am a resident of/employed in the aforesaid County, State of California; I am over

4

the age of eighteen years and not a party to the within action; my business address

5

is: 12814 Victory Blvd, Ste 378 North Hollywood, California 91606.

6

On, January 10, 2022 served the foregoing:

7

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPARTE**

**MOTION FOR EXTENSION OF TIME AND FOR STAGGERED**

8

**BRIEFING, FLORES' DECLARATION, PROPOSED ORDER**

**EXHIBITS A, B,C,D,AND E.**

9

10

On the interested parties in this action,

11

Nathan Walker counsel for defendants Coinbase Inc. and Coinbase Global, Inc.

12

[x] **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic

13

mail addresses as indicated below

nwalker@nortonlaw.com

14

15

I am readily familiar with the business' practice for the collection and processing of

correspondence for mailing with the United States Postal Service.

16

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

17

18

19

Executed on January 10, 2022

At Sherman Oaks, California

20

21

By;  _____

22

Juan Fabela

23

24

25

26

EXHIBIT "A"

## Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Matt Ohlheiser <mohlheiser@nortonlaw.com>

Fri 12/31/2021 3:13 PM

To: jose flores <info@globaleasytrade.com>
Cc: Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>

🔗 1 attachments (163 KB)
2021.12.31 Letter Re Arbitration to J. Flores from Coinbase4882-9001-9336.pdf;

Dear Mr. Flores:

Our law firm represents Coinbase Global, Inc. and Coinbase, Inc. in the above captioned lawsuit. Please find attached a letter relating to the complaint you filed in federal court.  It is our understanding that you are not represented by counsel in this case.  If you are represented by counsel, please provide us your attorney's contact information and forward this email and the attached letter to that attorney.

We appreciate your attention and response to this matter.  If you would like to discuss, please respond by email or call me at (510) 906 0580.

Sincerely,

Matt Ohlheiser
mohlheiser@nortonlaw.com
(510)-906-0580

EXHIBIT "B"

## Re: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

jose flores <info@globaleasytrade.com>

Fri 12/31/2021 3:43 PM

To: Matt Ohlheiser <mohlheiser@nortonlaw.com>

Cc: Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>

Mr. Ohlheiser.  I represent myself in pro se in the matter, I will not agree to dismiss the action. I look forward to your respond to the action.


Jose Flores
plaintiff in pro se

---

**From:** Matt Ohlheiser <mohlheiser@nortonlaw.com>
**Sent:** Friday, December 31, 2021 3:13 PM
**To:** jose flores <info@globaleasytrade.com>
**Cc:** Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>
**Subject:** Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Dear Mr. Flores:

Our law firm represents Coinbase Global, Inc. and Coinbase, Inc. in the above captioned lawsuit.  Please find attached a letter relating to the complaint you filed in federal court.   It is our understanding that you are not represented by counsel in this case.  If you are represented by counsel, please provide us your attorney's contact information and forward this email and the attached letter to that attorney.

We appreciate your attention and response to this matter.  If you would like to discuss, please respond by email or call me at (510) 906 0580.

Sincerely,

Matt Ohlheiser
mohlheiser@nortonlaw.com
(510)-906-0580

EXHIBIT "C"

## RE: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Matt Ohlheiser <mohlheiser@nortonlaw.com>

Sat 1/1/2022 6:21 AM

To: jose flores <info@globaleasytrade.com>

Cc: Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>

Mr. Flores,

Thank you for your response. Please review the attached Coinbase User Agreement at Sections 8.2 and 8.3, which is referenced in our letter but was inadvertently not attached to my previous email. Again, Coinbase is requesting that you follow the terms of your User Agreement by filing a Formal Complaint with Coinbase online and then proceeding in arbitration or small claims court only if your dispute remains unresolved. Your agreement requires you to take these steps, and if you do not agree to take them, Coinbase will ask the court to require you to do so. As stated in our letter, if Coinbase has to ask the court to intervene, Coinbase may also seek from you the money it spends on that request, including attorneys' fees.

If you will not agree to file a Formal Complaint and follow the requirements of your User Agreement, please let us know by 5:00 PM pacific time on Wednesday, January 5 if you will agree to an extension until February 11, 2022 of Coinbase's deadline to respond to your complaint in federal court.

Thank you,

Matt

**From:** jose flores <info@globaleasytrade.com>
**Sent:** Friday, December 31, 2021 3:44 PM
**To:** Matt Ohlheiser <mohlheiser@nortonlaw.com>
**Cc:** Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>
**Subject:** Re: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Mr. Ohlheiser. I represent myself in pro se in the matter, I will not agree to dismiss the action. I look forward to your respond to the action.

Jose Flores
plaintiff in pro se

**From:** Matt Ohlheiser <mohlheiser@nortonlaw.com>
**Sent:** Friday, December 31, 2021 3:13 PM
**To:** jose flores <info@globaleasytrade.com>
**Cc:** Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>
**Subject:** Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Dear Mr. Flores:

Our law firm represents Coinbase Global, Inc. and Coinbase, Inc. in the above captioned lawsuit. Please find attached a letter relating to the complaint you filed in federal court. It is our understanding that you are not

EXHIBIT "D"

## RE: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Matt Ohlheiser <mohlheiser@nortonlaw.com>

Mon 1/3/2022 5:16 PM

To: jose flores <info@globaleasytrade.com>

Cc: Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>

Mr. Flores:

The local rules for the Central District of California require that, at least seven days before filing a motion, the parties must meet to discuss the motion and whether they can resolve it without filing it with the court. The local rules are attached to this email. As stated in our December 31, 2021 letter, by January 13 we intend to file a motion asking the court to 1) require you to abide by the User Agreement, including bringing your claims in arbitration and not federal court; or, in the alternative 2) dismiss the claims raised in your federal court complaint. To comply with the local rules, we must discuss this motion with you by January 6. We are available to discuss Wednesday, January 5 between 11 AM PST and 3:30 PM PST or Thursday, January 6 between 10:00 AM PST and 4 PM PST. Please let us know a time you are available for a video conference in those windows and we will set up a call.

Alternatively, if you agree to our below request to extend our deadline to respond until February 11, then we will set a date to discuss the motion in late January or early February.

Please let us know by 5:00 PM PST on Wednesday, January 5, at the latest.

Thank you,

Matt

---

**From:** Matt Ohlheiser
**Sent:** Saturday, January 1, 2022 6:22 AM
**To:** jose flores <info@globaleasytrade.com>
**Cc:** Nathan Walker <nwalker@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>
**Subject:** RE: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Mr. Flores,

Thank you for your response. Please review the attached Coinbase User Agreement at Sections 8.2 and 8.3, which is referenced in our letter but was inadvertently not attached to my previous email. Again, Coinbase is requesting that you follow the terms of your User Agreement by filing a Formal Complaint with Coinbase online and then proceeding in arbitration or small claims court only if your dispute remains unresolved. Your agreement requires you to take these steps, and if you do not agree to take them, Coinbase will ask the court to require you to do so. As stated in our letter, if Coinbase has to ask the court to intervene, Coinbase may also seek from you the money it spends on that request, including attorneys' fees.

If you will not agree to file a Formal Complaint and follow the requirements of your User Agreement, please let us know by 5:00 PM pacific time on Wednesday, January 5 if you will agree to an extension until February 11, 2022 of Coinbase's deadline to respond to your complaint in federal court.

EXHIBIT "E"

## FW: Jose Flores v. Coinbase Global, Inc. and Coinbase, Inc., Case No. 2:21-cv-09733-JFW-Ex - Please Read and Respond

Nathan Walker <nwalker@nortonlaw.com>
Thu 1/6/2022 5:19 PM
To: jose flores <info@globaleasytrade.com>
Cc: Matt Ohlheiser <mohlheiser@nortonlaw.com>; Bree Hann <bhann@nortonlaw.com>

Mr. Flores:

My name is Nate Walker.  I am Coinbase's lead attorney in the court case you filed against Coinbase.

You have not responded to our request that you meet and confer (i.e., talk) with us about Coinbase's planned motion to compel arbitration and planned motion to dismiss the complaint.  As my colleague Matt Ohlheiser explained below, the Court requires that the parties discuss via videoconference (or in person) any motion a party plans to file, and attempt to resolve the issue before filing the motion in Court.

Because you have not responded to our request for a discussion, we will proceed to file our planned motion ("Motion for Extension and Staggered Briefing") for with the Court tomorrow, January 7.  In our Motion for Extension and Staggered Briefing, we will request that 1) Coinbase's deadline to respond to the complaint be extended to February 11, 2022; and 2) the Court grant us permission to respond to the complaint first by filing a motion to compel arbitration, with a motion to dismiss to follow only if our motion to compel is denied.  In addition, we file additional papers tomorrow, asking the Court consider our Motion for Extension and Staggered Briefing on an "ex parte" basis, which means without the standard briefing and hearing schedule for any opposition.

Please let me know -- by **tomorrow, Friday January 7, at 12:00 PM Pacific time** – whether you oppose either (a) our Motion for Extension and Staggered Briefing; or (b) our planned request for "ex parte" treatment of this motion.

I will also attempt to call you at (818) 445-1769 to discuss these issues this afternoon.  If this phone number is not correct, please let me know how I can reach you by phone or videoconference.

Thank you,

Nathan Walker

Nathan Walker
The Norton Law Firm
299 Third Street
Suite 200
Oakland, California 94607
nwalker@nortonlaw.com
510 956-2001

