JOSE FLORES
12814 Victory Blvd., # 378
North Hollywood, CA 91606
(818) 445 1769
info@globaleasytrade.com

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual<br><br>Plaintiff<br><br>Vs.<br><br>COINBASE GLOBAL, INC., COINBASE, INC., and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case Number: 2:21-cv-09733-JFW-Ex<br>District Judge John F. Walter<br><br>**PLAINTIFF'S DECLARATION REGARDING MEET AND CONFER PURSUANT TO LOCAL RULE 7-3**<br><br>Judge John F. Walter<br>Courtroom: 7A |

I, JOSE FLORES declare, and state as follows:

1. I'm the Plaintiff in pro per in this action hereby (Flores or Plaintiff).

2. I have personal knowledge of the facts set forth herein

3. The conference between Plaintiff Jose Flores and defendants' counsel Nathan Walker occurred on January 11, 2022, starting at

1

**PLAINTIFFS' DECLARATION**

approximately 1:14 pm and lasted a period of approximately 30 minutes.

4. The parties discussed various issues. It was mutually agreed that Flores will dismiss his claims in this court case without prejudice and try to resolve all his issues in binding arbitration within 30 days.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

at Sherman Oaks, California.

Dated: January 11, 2022 Respectfully Submitted

By:  /s/   Jose Flores

Jose Flores
Declarant
