JOSE FLORES
12814 Victory Blvd., # 378
North Hollywood, CA 91606
(818) 445 1769
info@globaleasytrade.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual<br><br>Plaintiff<br><br>Vs.<br><br>COINBASE GLOBAL, INC., COINBASE, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:21-cv-09733-JFW-Ex<br>District Judge John F. Walter<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge John F. Walter<br>Courtroom: 7A |

1

1 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2 Plaintiff Jose Flores voluntarily dismisses without prejudice this action against

3

4 Defendants Coinbase Inc. and Coinbase Global, Inc. Defendants has not yet filed

5 or served a response to Plaintiff's Complaint.

6

7

8 January 11, 2022

By: /s/ Jose Flores

9

JOSE FLORES
10

11 Plaintiff in Pro Se