Nathan Walker (SBN 206128)
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
nwalker@nortonlaw.com

Attorneys for Defendants
COINBASE GLOBAL, INC.
and COINBASE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual,<br><br>Plaintiff,<br>v.<br><br>COINBASE GLOBAL, INC., and COINBASE, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 21-cv-9733-JFW<br><br>**DECLARATION OF NATHAN WALKER REGARDING MEET AND CONFER PURSUANT TO LOCAL RULE 7-3 AND COURT ORDER**<br><br>**Judge John F. Walter**<br>Courtroom: 7A |

I, Nathan Walker, declare:

1. I am lead counsel for Defendants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Coinbase") in the above-captioned case. The statements in this declaration are based on my own personal knowledge and, if called to do so, I could and would testify competently to them.

2. I submit this declaration to report to the Court on the meet and confer that the Court ordered the parties to engage in, in its January 11, 2022 order and in compliance with Section 5(b) of the Court's Standing Order. *See* Dkt. No. 21.

3. In accordance with the Court's order, I (as counsel for Coinbase) met and conferred with Plaintiff Jose Flores, via phone and videoconference, with respect to Coinbase's proposed Motion to Dismiss and/or To Compel Arbitration, on January 11, 2022. At the conference, Plaintiff Flores agreed he will dismiss his claims in this court case without prejudice, and he will seek to resolve any claims through arbitration. Such dismissal (*see* Plaintiff's Notice of Dismissal (Dkt. No. 24)) obviates the need for Coinbase to file any Motion to Dismiss and/or To Compel Arbitration in this case. The conference started at 1:14 pm PST and lasted approximately 30 mins. The first approximately 27 minutes of the conference was conducted by phone; the last minute or two of the conference was conducted by videoconference.

I declare under penalty of perjury under the laws of the United States that the above statements of fact are true and correct to the best of my knowledge and belief, and

THE NORTON LAW FIRM PC
299 Third Street,
Suite 200 Oakland
California, 94607

DECLARATION OF N. WALKER
21-CV-9733-JFW

1

1  that this declaration was executed on January 12, 2021, in Palo Alto, California.

                                               /s/ Nathan Walker

                                                Nathan Walker